IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LENNIE M. LOOPER                                                                         PLAINTIFF

V.                      CIVIL ACTION NO. 2:17-CV-2129-MEF

NANCY A. BERRYHILL, Commissioner,
Social Security Administration                                          DEFENDANT

**FINAL JUDGMENT**

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration denying her claims for Disability Insurance Benefits and Supplemental Security Income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c). The Court, having reviewed the administrative record, the briefs of the parties, the applicable law, and the parties having waived oral argument, finds as follows, to-wit:

Consistent with the Court's ruling from the bench, the decision of the Commissioner of Social Security is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The Court finds that the matter must be remanded to allow the Administrative Law Judge (ALJ) to obtain an opinion from Plaintiff's treating psychiatrist and to consider the effects of Plaintiff's need for mental health treatment on her ability to maintain full-time, competitive employment. The ALJ is directed to obtain a current mental status evaluation from Plaintiff's treating psychiatrist, complete with an RFC assessment. Upon such reconsideration, the ALJ should formulate appropriate hypothetical questions to the Vocational Expert which set forth all of Plaintiff's mental and physical impairments. Accordingly, the Court finds the evidence insufficient to determine the Plaintiff's disability status during this period. *See Johnson v. Astrue*,

627 F.3d 316, 320 (8th Cir. 2010) (ALJ is required to order medical examinations and tests if the medical records presented to him do not give sufficient medical evidence to determine whether the claimant is disabled).

IT IS SO ORDERED AND ADJUDGED on this the 30th day of April 2018.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE